UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS T. JOSEPH,

                Plaintiff,

-against-

COUNTY OF WESTCHESTER DCMH;
THOMAS S. POOVAPPILLIL, SUPERVISOR,

                Defendants.

ORDER OF SERVICE

No. 22-CV-08742

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants County of Westchester Dand Thomas S. Poovapoppallil, Supervisor. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss Plaintiff's claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: White Plains, New York
       November 3, 2022

                                            Philip M. Halpern
                                            United States District Judge