**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
THOMAS T. JOSEPH,

                      Plaintiff,

        -against-                                    22 **CIVIL** 8742 (PMH)

                                                       **<u>JUDGMENT</u>**

COUNTY OF WESTCHESTER DCMH;
THOMAS S. POOVAPPILLIL, SUPERVISOR,

                      Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 16, 2024, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint...leave to amend is not necessary when it would be futile". Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). For the reasons described herein, Plaintiff's Title VII claim is dismissed with prejudice as any amendment would be futile. Plaintiff's state law claim is dismissed without prejudice to re-filing in the proper forum; accordingly, the case is closed.

**Dated:**  New York, New York

        January 16, 2024

                                        **RUBY J. KRAJICK**
                             _____
                                    **Clerk of Court**

                  **BY:** _____
                                  **Deputy Clerk**